```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ALABAMA
                        JASPER DIVISION


NORMA JEAN WARD,              )
                              )
        Petitioner,           )
                              )
v.                            )    6:15-cv-1544-WMA-JEO
                              )
                              )
BOBBY BARRETTE, Warden,       )
and THE ATTORNEY GENERAL      )
OF THE STATE OF ALABAMA,      )
                              )
        Respondents.          )
```

## MEMORANDUM OPINION

This is an action on a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Norma Jean Ward, an Alabama state prisoner acting *pro se*. (Doc. 1). On November 10, 2015, the magistrate judge to whom the case was referred for preliminary review entered a report and recommendation pursuant to 28 U.S.C. § 636(b), recommending that the petition be denied both because Ward's claims are barred by the statute of limitations and because those claims are unexhausted and now procedurally defaulted. (Doc. 6). The magistrate judge advised Ward of her right to file objections to the report and recommendation, but no objections have been filed, and the time in which to do so has now expired.

Having carefully reviewed and considered de novo all the

materials in the court file, including the magistrate judge's report and recommendation, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the petition for a writ of habeas corpus is due to be **DENIED** and this action is due to be **DISMISSED WITH PREJUDICE**. Further, the court concludes that the petition does not present issues that are debatable among jurists of reason, so a certificate of appealability is also due to be **DENIED**. *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000); Rule 11(a), Rules Governing § 2254 Proceedings. A separate Final Order will be entered.

    **DONE** this 18th day of December, 2015.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE